UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Crawford,

                                    Plaintiff,

                                                                    **O R D E R**

          -against –

                                                                    7:20-CV-09283 (CS)

United States of America,

                                    Defendants.
-----------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: March 2, 2022

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.